In the Matter of the Certiorari of CHARLES H. BRACKET.

27    605
72    368
27h   605
166a  475

*Certiorari — a void judgment will be reversed in proceedings by such writ — power of the president of a court martial to annul its judgment.*

Certiorari to review the conviction and sentence of the relator by a court martial.

The court at General Term said: "The relator, Charles H. Bracket, was tried at a court martial for 'certain offenses, delinquencies and deficiencies' as a private in the Thirteenth regiment, National Guard of the State of New York. He was convicted and fined. It appears that the relator had no notice of the day appointed for the trial and hearing. Upon a warrant being issued to collect the fine imposed by the court martial, the relator obtained a writ of *certiorari*. The return shows that the president of the court martial, upon being informed that no notice of the day of hearing had been given relator, he 'amended said proceedings, revoked said warrant for the collection of said fine, and withheld the said warrant from the marshal's hands.'

"The judgment was void. It is proper to reverse a void judgment by *certiorari*. (*People* v. *Judges of Suffolk*, 24 Wend., 249.)

"It is not necessary to inquire whether the president of a court can annul its judgment. The relator properly brought his writ, and he is entitled to judgment reversing the proceedings, with costs."

*John J. Leary*, for the relator.

*Horatio C. King*, for the respondent, Major H. H. Tyson, president of the court martial.

Opinion by Barnard, P. J.; Dykman and Cullen, JJ., concurred.

Order and judgment reversed, with costs.